# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, v. **THOMAS EDWARD GAILUS,** *Defendant*. | Case No. CR-24-129-RAW |

## MOTION TO UNSEAL CASE

**COMES NOW**, the United States of America by and through Christopher J. Wilson, United States Attorney and Dak T. Cohen, Assistant United States Attorney, and moves to unseal the above captioned and numbered case. In support of said request, the Government would submit the following:

1. On August 14, 2024, a sealed Indictment was filed in the U.S. District for the Eastern District of Oklahoma.

2. On August 14, 2024, a "Warrant for Arrest" was filed in the U.S. District Court for the Eastern District of Oklahoma commanding the arrest of the defendant.

3. The United States Magistrate Judge for the Eastern District of Oklahoma will set an arraignment for the defendant and the case should be unsealed for purpose of providing the defendant notice of the current charges.

**WHEREFORE**, premises considered, the United States of America respectfully requests the Court unseal the case.

      Respectfully submitted,

      CHRISTOPHER J. WILSON
      United States Attorney

s/    *Dak T. Cohen*
      DAK T. COHEN, TX Bar #24120769
      Assistant United States Attorney
      Attorney for the Plaintiff
      520 Denison Avenue
      Muskogee, OK 74401
      Telephone: (918) 684-5100
      Fax: (918) 684-5150
      Dak.Cohen@usdoj.gov